1
2
3
4
5
6
7
8
9
10
11
12

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JORGE PEREZ, on behalf of himself, all others similarly situated, and the general public,<br><br>*Plaintiff*,<br><br>vs.<br><br>PERFORMANCE FOOD GROUP, INC., a Colorado corporation; VISTAR TRANSPORTATION, LLC, a Delaware limited liability company; ROMA FOOD ENTERPRISES, INC., a California corporation; and DOES 1-50, inclusive,<br><br>*Defendants*. | Case No.  3:15-cv-02390-HSG<br><br>**ORDER APPROVING JOINT STIPULATION TO CONTINUE (1) BRIEFING AND HEARING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS AND/OR STRIKE PLAINTIFF'S FIRST AMENDED COMPLAINT [DKT. #16] AND (2) CASE MANAGEMENT CONFERENCE [DKT. #15]**<br><br>Complaint Filed: April 20, 2015<br><br>Hearing Date: August 27, 2015 [Motion]<br>September 1, 2015 [CMC]<br>Hearing Time: 2:00 p.m.<br>Location: Courtroom 15<br>Judge: Hon. Haywood S. Gilliam, Jr. |

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER APPROVING JOINT STIPULATION TO CONTINUE (1) BRIEFING AND HEARING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS AND/OR STRIKE PLAINTIFF'S FIRST AMENDED COMPLAINT [DKT. #16] AND (2) CASE MANAGEMENT CONFERENCE [DKT. #15]

# ORDER

The Court, having considered the Parties' Joint Stipulation to Continue (1) Briefing and Hearing Schedule on Defendants' Motion to Dismiss and/or Strike Plaintiff's First Amended Complaint (Dkt. #16) (the "Motion") and (2) Case Management Conference (Dkt. #15) ("CMC"), and for good cause shown, HEREBY ORDERS that:

1. The deadline for Plaintiff to file his Opposition to Defendants' Motion shall be and hereby is extended from July 20, 2015 to and including July 27, 2015.

2. The deadline for Defendants to file their Reply in support of the Motion shall be and hereby is extended from July 27, 2015 to and including August 27, 2015.

3. The hearing on the Motion shall be and hereby is continued from August 27, 2015 to September 24, 2015 at 2:00 p.m.

4. The CMC shall be and here by is continued from September 1, 2015 to September 8, 2015 at 2:00 p.m.

IT IS SO ORDERED.

DATE:  August 6, 2015

Hon. Haywood S. Gilliam, Jr.
United States District Court Judge